UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-60904-RAR

YADIRA ARREGOITIA CONSUEGRA,

Petitioner,

v.

JUAN A. LOPEZ VEGA, *in his official
capacity as Assistant Field Office Director,
ICE Officer in Charge of Broward Transitional
Center*, *et al.*,

Respondents.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** comes before the Court upon the parties' Stipulation of Dismissal [ECF No. 18], filed on June 12, 2020.  Being fully advised, it is

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED**, with each party to bear its own attorney's fees and costs.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of October, 2020.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE